*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
HOLIFIELD, STEWART, and HACKEL
Appellate Military Judges

─────────────────────

**UNITED STATES**
*Appellee*

**v.**

**Ryan A. TARTER**
Staff Sergeant (E-6), U.S. Marine Corps
*Appellant*

**No. 202100164**

Decided: 8 November 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Melanie J. Mann

Sentence adjudged 21 April 2021 by a general court-martial convened at Marine Corps Base Hawaii, Hawaii, consisting of a military judge sitting alone Sentence in the Entry of Judgment: reduction to E-1, confinement for six years,[1] forfeiture of all pay and allowances, and a dishonorable discharge.

For Appellant:
*Commander Kyle Calvin Kneese, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

─────────────────

[1] Appellant was credited with having served 113 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.